**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**


RE:   Docket Number 2021-CA-0337


Amanda L. Landry

- - Versus - -

Anthony Kyle Landry

20th Judicial District Court
Case #: 41390
East Feliciana Parish


On Application for Rehearing filed on 10/20/2021 by Anthony Kyle Landry

Rehearing _Denied_


_[signature]_
John Michael Guidry

_[signature]_
Guy Holdridge

_[signature]_
Wayne Ray Chutz


Date  **DEC 0 7 2021**

_[signature]_
Rodd Naquin, Clerk